Diana S. Ebron, Esq.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
Karen L. Hanks, Esq.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
Kim Gilbert Ebron
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2007-NC1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-NC1,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; GLENEAGLES HOMEOWNER ASSOCIATION, a Nevada non-profit corporation; NEVADA ASSOCIATION SERVICES, INC., a Nevada corporation,<br><br>Defendants.<br><br>SFR INVESTMENTS POOL 1, LLC,<br><br>Counter/Cross Claimant,<br><br>vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2007-NC1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-NC1; TERRY J. JACKSON, an individual; JANIS L. JACKSON, an individual,<br>Counter/Cross Defendants. | Case No. 2:17-cv-01752-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSIVE MOTION DEADLINE**<br><br>**(Second Request)** |

KIM GILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

Plaintiff, Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I. Inc. Trust 2007-NCI Mortgage Pass-Through Certificates, Series 2007-NC1 (the "Bank"), Defendant/Counter-Claimant, SFR Investments Pool 1, LLC ("SFR"), and Defendant, GlenEagles Homeowner Association ("Association") (collectively the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

The dispositive motion deadline is April 13, 2018. [ECF No. 28].

The parties are requesting thirty days continuance from today to file dispositive motions. The purpose for the request is that on or about March 28, 2018, SFR filed its Answer to Complaint, Counterclaim and Crossclaim [ECF No. 30] and has not had the opportunity to serve its Answer.

The parties are in agreement to extend the deadlines to file dispositive motions. This is the parties' second request. This request made in good faith and is not for purposes of delay or prejudice to any other party.

…
…
…
…
…
…
…
…
…
…
…
…
…
…
…

Based on the foregoing, IT IS HEREBY STIPULATED AND AGREED that the deadline to file dispositive motions shall be extended to **Monday, May 14, 2018**.

DATED this 13th day of April, 2018.
WRIGHT, FINLAY & ZAK, LLP

/s/ Ace C. Van Patten
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Ace C. Van Patten, Esq.
Nevada Bar No. 11731
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
Attorneys for *Plaintiff, Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I. Inc. Trust 2007-NCI Mortgage Pass-Through Certificates, Series 2007-NC1*

DATED this 13th day of April, 2018.
ALVERSON, TAYLOR, MORTENSON & SANDERS

/s/ Adam r. Knecht
Adam R. Knecht, Esq.
Nevada Bar No. 13166
6605 Grand Montecito, Pkwy, #200
Las Vegas, NV 89149
*Attorneys for Defendant,*
*GlenEagles Homeowner Association*

DATED this 13th day of April 2018.
KIM GILBERT EBRON

/s/ Diana S. Ebron
Diana S. Ebron, Esq.
Nevada Bar No. 10580
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
Karen L. Hanks, Esq.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorneys for Defendant, SFR Investments Pool 1, LLC*

**ORDER**

**IT IS SO ORDERED.**

DATED April 16 _____, 2018.

_____
United States Magistrate Judge